UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Saleh, )
)
    Petitioner, )
)
v. ) Civil Action No. 05 1315
)
Alberto Gonzalez, *et al.*, )
)
    Respondents. )

**FILED**

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that Respondents, by counsel, within __30__ days of service of a copy of this Order and the petition herein, shall file with the Court and serve on Petitioner a statement showing why the Writ of Mandamus should not issue. It is

FURTHER ORDERED that the Clerk of Court furnish a copy of the petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the named Respondents, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SO ORDERED.

                                                                  _____
                                                                  United States District Judge

Date: