UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED SALEH,** | : | |
| Petitioner, | : | Civil Action No. 05-1315 (CKK) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **ALBERTO GONZALEZ, et al.,** | : | |
| Respondents. | : | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITIONER'S PETITION UNDER 28 U.S.C. § 1361**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that it be given an additional 14 days, or until September 9, 2005, to file its response to petitioner's pro se petition under 28 U.S.C. § 1361. In support of this request, the United States submits the following:

1. In his petition, petitioner states that on September 11, 2001, he was placed in solitary confinement, later transferred to permanent solitary confinement in the Administrative Maximum Penitentiary in Florence, Colorado, and then refused placement in the "Step-Down" program. According to petitioner, these actions violate his Due Process rights.

2. The United States' response to petitioner's petition is due by no later than August 26, 2005.

3. The United States now seeks an additional 14 days to file its response.

4. This extension of time is sought to permit undersigned counsel sufficient time to review petitioner's petition and attachments thereto and to research and prepare the United States' response. In addition, this extension of time is necessary in light of counsel's workload and deadlines in other matters.

5. This brief extension of time will not unduly prejudice petitioner.

6. A proposed order is attached.

WHEREFORE, the United States respectfully requests that it be given an additional 14 days, or until September 9, 2005, to file its response to petitioner's pro se petition under 28 U.S.C. § 1361.

                Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar Number 451-058
United States Attorney

ROBERT D. OKUN
D.C. Bar Number 457-078
Chief, Special Proceedings Section


_____/s/_____
MARGARET J. CHRISS
D.C. Bar Number 452-403
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Section
Washington, D.C.  20530
(202) 307-0874
facsimile (202) 514-8784

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, this 25th day of August, 2005, I caused a copy of the foregoing Motion for Extension of Time to Respond to Petitioner's Petition under 28 U.S.C. § 1361, and proposed order, to be served by first-class mail upon:

Mohammed Saleh
Fed. Reg. # 34853-054
USP Florence ADMAX
5880 Hwy. 67 South
Florence, CO 81226

                                        _____/s/_____
                                        Assistant United States Attorney