UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED SALEH,** | : | |
| Petitioner, | : | Civil Action No. 05-1315 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **ALBERTO GONZALEZ, et al.,** | : | |
| Respondents. | : | |

### ORDER

Upon consideration of the United States' Motion for Extension of Time to Respond to Petitioner's Petition Under 28 U.S.C. § 1361, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2005, hereby

**ORDERED** that the motion is granted, and that the United States may file its response to petitioner's Petition Under 28 U.S.C. § 1361 by no later than September 9, 2005.

**SO ORDERED**.

_____
United States District Judge

Copies to:

Mohammed Saleh
Fed. Reg. # 34853-054
USP Florence ADMAX
5880 Hwy. 67 South
Florence, CO 81226

Margaret J. Chriss
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Section
Washington, D.C. 20530