EXHIBIT A

Case 1:05-cv-01315-CKK  Document 10-2  Filed 09/09/2005  Page 1 of 2

```
BOPOI              *         PUBLIC INFORMATION          *    09-07-2005
PAGE 002           *            INMATE DATA              *    08:30:43
                              AS OF 09-07-2005

REGNO..: 34853-054  NAME: SALEH, MOHAMMED

                  RESP OF: FLM / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 719-784-9464    FAX: 719-784-5290
PRE-RELEASE PREPARATION DATE: 07-02-2023

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-02-2024 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: S5 93 CR181(MBM)(08)
JUDGE..........................: MUKASEY
DATE SENTENCED/PROBATION IMPOSED: 01-17-1996
DATE COMMITTED.................: 03-21-1996
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES       COSTS
NON-COMMITTED.:    $150.00        $00.00           $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT: $00.00


-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 362
OFF/CHG: 18USC2384 SEDITIOUS CONSPIRACY; 18USC371 BOMBING CONSPIRACY;
         18USC844(I)&2 ATTEMPTED BOMBING

 SENTENCE PROCEDURE............: 3559 VCCLEA VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   420 MONTHS
 TERM OF SUPERVISION...........:     3 YEARS
 CLASS OF OFFENSE..............: CLASS A FELONY
 DATE OF OFFENSE...............: 10-19-1994




G0002       MORE PAGES TO FOLLOW . . .
```