**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MOHAMMED SALEH,** | : | |
| **Petitioner,** | : | **Civil Action No. 05-1315 (CKK)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALBERTO GONZALEZ, et al.,** | : | |
| **Respondents.** | : | |

**<u>ORDER</u>**

Upon consideration of the United States' Motion to Transfer Petitioner's Petition Under 28 U.S.C. § 1361, and it appearing to the Court that, pursuant to 28 U.S.C. § 1404(a), the petitioner's petition should be transferred to the United States District Court for the District of Colorado, it is this ___day of _____, 2005, hereby

**ORDERED** that the petitioner may reply to the government's motion to transfer by no later than _____. If petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer the petitioner's petition to the United States District Court for the District of Colorado, the district in which the petitioner is incarcerated.

_____
United States District Judge

Copies to:

Mohammed Saleh
Fed. Reg. # 34853-054
USP Florence ADMAX
5880 Hwy. 67 South
Florence, CO 81226

Margaret J. Chriss
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Section
Washington, D.C.  20530