**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ | ) | |
| MOHAMMED SALEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1315 (CKK) |
| | ) | |
| ALBERTO GONZALES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER**

Respondents, through counsel, filed a motion to transfer this action to the United States District Court for the District of Colorado, the district in which petitioner is incarcerated. Before the Court rules on this motion, petitioner will have an opportunity to respond.

Petitioner is advised that the Court will rule on respondents' motion taking into consideration the facts proffered in the petition, along with petitioner's response or opposition to the motion. If petitioner fails to respond timely, the Court may treat the motion as conceded, grant respondents' motion, and transfer this action to the District of Colorado.

Petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b).

1

Accordingly, it is hereby

ORDERED that petitioner shall file an opposition or other response to respondents'

motion to transfer no later than **September 30, 2005**.  If petitioner does not respond timely, the

Court summarily may transfer this action to the United States District Court for the District of

Colorado.  It is further

ORDERED that the Clerk of Court shall send a hard copy of this Order to petitioner at his

address of record.

SO ORDERED.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE:  September 9, 2005