UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED SALEH, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1315 (CKK) |
| ALBERTO GONZALES, *et al.*, | ) |
| Respondents. | ) |

**TRANSFER ORDER**

On September 9, 2005, respondents, through counsel, filed a motion to transfer this action to the United States District Court for the District of Colorado, the district where petitioner is incarcerated. In an Order issued on that same date, the Court advised petitioner that it would rule on respondents' motion taking into consideration the facts proffered in the petition itself along with his opposition to the motion. The Order set September 30, 2005 as the deadline for petitioner's opposition, and warned him that, if he failed to file his opposition timely, the Court would treat the motion as conceded. To date, petitioner neither has filed an opposition nor has requested more time to do so. Accordingly, it is hereby

ORDERED that respondents' motion to transfer [Dkt. #10] is GRANTED as conceded. It is further

ORDERED that this action shall be TRANSFERRED FORTHWITH to the United States District Court for the District of Colorado. It is further

ORDERED that the Clerk of Court shall send a hard copy of this Order to petitioner at his address of record.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: October 6, 2005