# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Saleh, Petitioner | Civil Action No. 05-1315 CKK |
| v. | AFFIDAVIT FOR ENTRY |
| Alberto Gonzalez, et al., Respondents. | OF DEFAULT (BY THE CLERK OF THE COURT) |

Let it be filed
Judge Colleen Kollar-Kotelly 10/12/05

Mohammed Saleh, being submit this affidavit under penalties of perjury and declare its contents to be true and correct in accordance with 28 U.S.C. § 1746, deposes and says:

1) I am the plaintiff herein.

2) The complaint herein was filed on the 29th day of June, 2005.

3) The court files and record herein show that the defendants were served by U.S. Marshal with a copy of order directing Respondents to show cause and a copy of the complaint of the plaintiff's on the 7th day of July, 2005.

4) More than 30 days have elapsed since the date on which the court set for the Respondents to Respond wherein they were served by the order and a copy of the complaint, excluding the date hereof.

5) The defendants herein have failed to answer or otherwise defend as to plaintiff's complaint, or serve a copy of any answer or other defense which might have had, upon affiant.

(1)

6) This affidavit is executed in accordance with Rule 55(a) of the federal Rules of civil procedure, for the purpose of enabling the plaintiff herein to obtain an entry of default against the defendants herein, for their failure to answer or otherwise defend as to the plaintiff's complaint.

Dated: 18th day of August, 2005.

Respectfully submitted

Mohammed Saleh
# 34853-054
P.O. BOX 8500, ADX
Florence, CO 81226

(2)

<u>Certificate of service</u>

I hereby certify that a copy of the above and foregoing Affidavit for entry of default was mailed on the 18 day of August, 2005 + postage prepaid addressed to the following:

1) attorney General office
Mr. Alberto Gonzalez
Dept of Justice ste 570, flag B10.
Wash., DC 20530,

2) BOP director office
Mr. Harry Lappin
320 first St. NW
Wash, DC 20534.

M. Salen
Mohammed S
#34853-05