Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED SALEH
    Plaintiff(s)

Civil Action No. 05-1315 CKK

V.

ALBERTO GONZALEZ, et al.,
    Defendant(s)

RE: DEFENDANTS

## DEFAULT

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/2/05, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of October, 2005 declared that: defendants are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
    Deputy Clerk