**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| MOHAMMED SALEH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1315 (CKK) |
| | ) | |
| ALBERTO GONZALES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER VACATING CLERK'S ENTRY OF DEFAULT**

On October 12, 2005, the Court entered an Order [Dkt. #14] which, among other things,

construed petitioner's "Affidavit for Entry of Default (by the Clerk of the Court)" as a motion for

entry of default. The Court granted leave to file the affidavit,[1] and the Order directed the Clerk of

Court to docket the affidavit as a motion for entry of default. The Clerk's entry of default [Dkt.

#16] is an error. The October 12, 2005 Order expressly denied petitioner's motion for default.

Respondents timely filed, and the Court granted, their motion for an extension of time, to

September 9, 2005, to file a response. Respondents' motion to transfer, then, was filed timely.

Accordingly, it is hereby

ORDERED that the Clerk's entry of default [Dkt. #16] is VACATED. It is further

ORDERED that the Clerk of Court shall send a hard copy of this Order to petitioner at his

---

[1]    The undersigned made a handwritten notation, "Let it be filed," on the face of
petitioner's affidavit, so that the affidavit could be entered on the Court's electronic docket.

address of record.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: